Deborah B. Caplan [SBN 196606]
Richard C. Miadich [SBN 224873]
OLSON HAGEL & FISHBURN LLP
555 Capitol Mall, Suite 1425
Sacramento, CA  95814
Telephone: (916) 442-2952
Facsimile: (916) 442-1280

*Attorneys for Defendants*
REEMA SAREEN, RAJIV K. GROVER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIKAS SAREEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>REEMA SAREEN, RAJIV K. GROVER, SACRAMENTO COUNTY DEPT. OF CHILD SUPPORT SERVICES,<br><br>　　　　Defendants. | **CASE NO.:**  2:08-CV-00176-LKK-EFB<br><br>**EX PARTE APPLICATION AND ORDER EXTENDING TIME TO PLEAD** |

Defendants REEMA SAREEN and RAJIV K. GROVER hereby apply to the Court *ex parte* for an Order extending time to file pleadings responsive to the Complaint.  The facts giving rise to this application are as follows:

1.　　On February 12, 2008, Defendants retained the undersigned counsel's law firm to represent them in this matter on a *pro bono* basis;

2.　　On February 14, 2008, the undersigned counsel contacted Plaintiff Vikas Sareen, who is representing himself *pro se* in this matter, to request a 30-day extension of time for Defendants to file pleadings responsive to the Complaint.  Mr. Vikas informed counsel that he would have to consider Defendants' request and asked that the request be put in writing.  Counsel agreed to memorialize Defendants' request in writing and orally requested that Mr. Vikas provide his response by close of

1
**APPLICATION AND ORDER EXTENDING TIME TO PLEAD**

business on Monday, February 18, 2008.

3. On February 15, 2008, the undersigned counsel caused the attached letter memorializing Defendants' request for an extension of time to be sent via overnight mail (Saturday delivery) to Mr. Vikas' address in Fresh Meadows, New York. Prior to doing so, Mr. Vikas was asked for a facsimile number or email address where the aforementioned letter could be sent that day. Mr. Vikas declined to provide such information, instead indicating that he wished to receive counsel's letter by mail. The attached UPS Tracking Detail report indicates that counsel's letter was delivered to Mr. Vikas' address in Fresh Meadows, New York at 10:14 a.m. on Saturday, February 16, 2008.

4. Counsel's letter to Mr. Vikas reiterated the request that he provide an answer regarding Defendants' request for an extension by 4:00 p.m. (Pacific Time) on Monday, February 18, 2008. Having not received any response, the undersigned counsel telephoned Mr. Vikas at 9:40 a.m. (Pacific Time) on February 19, 2008 and left a voicemail indicating that absent a response from Mr. Vikas that day by noon (Pacific Time), counsel would file this *ex parte* application seeking the requested extension of time. As of the time this *ex parte* application was filed on February 19, 2008, Mr. Vikas had still not responded to Defendants' request.

5. Defendants have not sought or obtained any previous extensions of time.

6. Such an extension is timely and is necessary to allow sufficient time for counsel to review the allegations contained in the Complaint and perform the necessary factual inquiries and legal research to advise Defendants of their available legal options for responding to the Complaint.

Accordingly, Defendants respectfully request that the Court grant the requested 30-day extension of time by which to file pleadings responsive to the Complaint.

Dated: February 19, 2008          Respectfully submitted,

OLSON HAGEL & FISHBURN LLP
Deborah B. Caplan
Richard C. Miadich


By: ____/s/ Richard C. Miadich_____
        RICHARD C. MIADICH
        Attorneys for Defendants

2

**APPLICATION AND ORDER EXTENDING TIME TO PLEAD**

## ORDER

Having considered Defendants' *ex parte* application for an extension of time to plead, and finding good cause therefore,

It is HEREBY ORDERED that Defendants have to and including March 21, 2008, by which to file such pleading.

Dated:  February 20, 2008.

_United States Magistrate Judge_

**APPLICATION AND ORDER EXTENDING TIME TO PLEAD**